IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANNA SILBAUGH, | ) | |
|           Plaintiff, | ) | |
|     v. | ) | Civil Action No: 1:20-cv-252 |
| | ) | |
| MARC NELSON, DAVID SMITH, ANTHONY ATTALLA, JOHN DOE 4, JOHN DOE 5, DANIEL SPIZARNY, JOSEPH V. SCHEMBER AND THE CITY OF ERIE, | ) ) ) ) | District Judge Susan Paradise Baxter *Electronically Filed* |
| | ) | |
|           Defendants. | ) | |

## PROPOSED ORDER OF COURT

AND NOW, this _____ day of September, 2020, upon consideration of Defendants Motion for an Extension of Time to Respond to Plaintiff's Complaint, the same is hereby GRANTED.

Defendants shall file an appropriate response to Plaintiff's Complaint on or before _____, 2020.

BY THE COURT:

_____
District Judge Susan Paradise Baxter

LEGAL/132432099.v1