IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| HANNAH SILBAUGH,<br>　　Plaintiff<br><br>v.<br><br>MARC NELSON, DAVID SMITH,<br>ANTHONY ATTALLA, JOHN DOE 4,<br>JOHN DOE 5, DANIEL SPIZARNY, and<br>CITY OF ERIE,<br>　　Defendants | : : : : : : : : : : : : : : : | CIVIL ACTION – LAW<br><br>Docket No. 1:20-cv-00252-SPB<br><br>*Electronically Filed*<br><br>**JURY TRIAL OF 12 DEMANDED** |

**<u>PLAINTIFF'S RESPONSE TO MOTION TO FILE DOCUMENTS UNDER SEAL</u>**

NOW COMES the Plaintiff, Hannah Silbaugh, by counsel and, in response to Defendants' Motion to File Defendants' Motion to Compel Settlement Under Seal, respectfully represents that she does not oppose that Motion and that any response to said Motion shall likewise be permitted to be filed under seal.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　MCNAIR LAW OFFICES, PLLC


　　　　　　　　　　　　　　　　By: *s/ Timothy D. McNair*
　　　　　　　　　　　　　　　　　　Timothy D. McNair, Esquire
　　　　　　　　　　　　　　　　　　Pa. ID#34304
　　　　　　　　　　　　　　　　　　821 State Street
　　　　　　　　　　　　　　　　　　Erie, PA 16501
　　　　　　　　　　　　　　　　　　(814) 452-0700
　　　　　　　　　　　　　　　　　　(814) 454-2371 (fax)
　　　　　　　　　　　　　　　　　　tmcnair@mcnairlaw.com