IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| HANNAH SILBAUGH,<br>Plaintiff<br><br>v.<br><br>MARC NELSON, DAVID SMITH,<br>ANTHONY ATTALLA, JOHN DOE 4,<br>JOHN DOE 5, DANIEL SPIZARNY, and<br>CITY OF ERIE,<br>Defendants | CIVIL ACTION – LAW<br><br>Docket No. 1:20-cv-00252-SPB<br><br>*Electronically Filed*<br><br>**JURY TRIAL OF 12 DEMANDED** |

**PLAINTIFF'S MOTION TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO COMPEL UNDER SEAL**

NOW COMES the Plaintiff, Hannah Silbaugh, by counsel, and requests this Honorable Court enter an Order permitting her to file her response to Defendant's Motion to Compel Settlement under seal, respectfully representing:

1. On April 28, 2022 Defendants' filed their Motion to File Defendants' Motion to Compel Settlement Under Seal.

2. On the same day, Plaintiff filed her response to Defendants' Motion to File Documents Under Seal, stating, in part "she does not oppose that Motion and that any response to said Motion shall likewise be permitted to be filed under seal." (Doc. 55)

3. In compliance with this Court's ADR Policies and Procedures, Section VI (A)(3), Plaintiff is requesting to file her Response to Motion to Compel Settlement under Seal today, May 10, 2022.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant her Motion to File Plaintiff's Response to Motion to Compel Settlement Under Seal.

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire
Pa. ID#34304
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com